IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 9:20-CR-29-2-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| FILIBERTO GIOVANNI ALVAREZ | § | |
| RANGEL | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant filed a *pro se* Motion for Reconsideration.  [Dkt. 148.]  The Government and the Eastern District of Texas Probation Department are opposed.  Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson.  Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied.  [Dkt. 151.]  No objections were filed to the report and recommendation by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 151] is ADOPTED.  It is therefore ORDERED that Defendant's motion [dkt. 148] is DENIED.

**SIGNED this 8th day of July, 2026.**

_____
Michael J. Truncale
United States District Judge